UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

9th Circuit Case Number: 1405737

Sachiko Muromura and Minako Takeno

Plaintiff-Appellants

v.

Rubin Postaer & Associates and American Honda Motor Co., Inc.
Defendants-Appellees

On Appeal from the United States District Court, Central District of California

Los Angeles Division

Case Number CV 12-9263-DPP

Honorable Dean D. Pregerson, United States District Judge

PLAINTIFF_APPELLANTS' MOTION FOR LEAVE TO TRANSMIT CD EXHIBIT THAT WAS LODGED WITH DISTRICT COURT AND IS REFERENCED IN COMPLAINT

David A. Makman (Ca. Bar No. 178195)
Law Offices of David A. Makman
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
E-mail: david@makmanlaw.com

Attorney for Plaintiff-Appellants Sachiko Muromura & Minako Takeno

Pursuant to Circuit Rule 27-14, Plaintiff-Appellants Sachiko Muromura and Minako Takeno request leave to transmit to the Court a disk containing the copyrighted video, Defendant-Appellees' infringing videos, and a collection other videos that use ferrofluid and demonstrate the wide range of possible expression in this medium. These videos are referenced in the Second Amended Complaint, which is the central pleading of this appeal, and they were provided to the District Court because the Court ordered Plaintiff-Appellants to provide the copyrighted work and the infringing work.

Dated: October 26, 2015

                                                  s/David A. Makman_____
                                                  David Alan Makman
                                                  Law Offices of David A. Makman
                                                  Attorney for Plaintiff-Appellants
                                                  Sachiko Muromura and Minako
                                                  Takeno

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ David Alan Makman*
David Alan Makman